FILED

2022 MAR -3 AM 10: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>LOPEZ   Nestor   M | CASE NUMBER:<br>2:22-MJ-00835<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

DEFENDANT

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/03/2022, 8:00  ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☑ No

4. Charges under which defendant has been booked:

    18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing Firearms Without a License

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes   Language: _____

7. Year of Birth: 1999

8. Defendant has retained counsel:  ☐ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Emailed

10. Remarks (if any): _____

11. Name: SA Timothy Holden   (please print)

12. Office Phone Number: 818-237-8160

13. Agency: ATF

14. Signature: _____

15. Date: 3/3/22

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION