FILED
CLERK, U.S. DISTRICT COURT
3/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>NESTOR MATZUY LOPEZ JR.,<br>  aka "Huero,"<br><br>        Defendant. | CR 2:22-cr-00106-DSF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(C): Distribution of Controlled Substances; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(o)(1): Possession of a Machinegun; 26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 26 U.S.C. § 5861(i): Possession of Firearms Without Serial Numbers] |

The Grand Jury charges:

### COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about September 21, 2021, in Los Angeles County, within the Central District of California, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," knowingly and intentionally distributed cocaine, a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about October 5, 2021, in Los Angeles County, within the Central District of California, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," knowingly and intentionally distributed at least 50 grams, that is, approximately 445 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about October 21, 2021, in Los Angeles County, within the Central District of California, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," knowingly and intentionally distributed at least 400 grams, that is, approximately 3,141.6 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT FOUR

[18 U.S.C. § 922(a)(1)(A)]

Beginning on an unknown date, but no later than on or about September 13, 2021, and continuing through at least on or about January 26, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, including firearms of unknown manufacture and bearing no legitimate manufacturer's mark or serial number (commonly referred to as "ghost guns" and "privately made firearms"), on or about the following dates:

| DATE | FIREARM(S) |
| --- | --- |
| September 13, 2021 | a) An AR-15 type, .223 caliber pistol, bearing no legitimate manufacturer's mark or serial number<br><br>b) A Romarm/Cugir, model WASR-10, 7.62mm rifle, bearing serial number A1-79684-20 ROA<br><br>c) A .50 caliber rifle, bearing no legitimate manufacturer's mark or serial number |

4

| DATE | FIREARM(S) |
|---|---|
| September 21, 2021 | a) A Ruger, model LCP, .380 caliber pistol, bearing serial number 376-32898;<br><br>b) A Springfield Armory, model XD9, 9mm pistol, bearing serial number AT177258;<br><br>c) A Pioneer Arms Corporation, model Hellpup, 7.62mm pistol, bearing serial number PAC1148591 21;<br><br>d) An AR-15 type, .223 caliber pistol, bearing no legitimate manufacturer's mark or serial number;<br><br>e) An FEG, model SA200M, 7.62mm rifle, bearing serial number EE 4884 H<br><br>f) A CNC Industries, Inc., model PF-9 Keltec, 9mm pistol, bearing serial number RR0668<br><br>g) A Glock, model 43, 9mm pistol, bearing serial number ANFE148<br><br>h) A BUL Transmark Ltd., model Baby Eagle III, .45 caliber pistol, bearing serial number SB107199 |
| October 21, 2021 | a) An AR-15 type, 5.56 x 45mm caliber rifle, bearing no legitimate manufacturer's mark or serial number<br><br>b) An AR-15 type, .223 Remington caliber rifle, bearing no legitimate manufacturer's mark or serial number<br><br>c) An AR-15 type, 300 Blackout caliber rifle, bearing no legitimate manufacturer's mark or serial number<br><br>d) An AR-15 type, 5.56 x 45mm caliber rifle, bearing no legitimate manufacturer's mark or serial number<br><br>e) An AR-15 type, 5.56 x 45mm caliber rifle, bearing no legitimate manufacturer's mark or serial number |

5

| DATE | FIREARM(S) |
|---|---|
| October 28, 2021 | a) A Beretta, model 21a, .22 caliber pistol, bearing serial number DAA072051<br><br>b) A Remington Arms Company, Inc., model 870 Tactical, 12-gauge shotgun, bearing serial number RS18619W<br><br>c) A Star pistol, model Super B, bearing serial number 1768583<br><br>d) A Colt, model Government, .45 caliber pistol, bearing an obliterated serial number<br><br>e) A Glock-type, 9mm pistol, bearing no legitimate manufacturer's mark or serial number<br><br>f) A Taurus, model G2S, 9mm Luger pistol, bearing serial number TMU95374 |
| January 26, 2022 | a) A Glock, model 36, .45 caliber pistol, bearing serial number BGHT553<br><br>b) A Ruger, model 57, 5.7 x 28mm pistol, bearing serial number 642-31687<br><br>c) A Canik, model TP9, 9mm pistol, bearing serial number 20BN13125<br><br>d) A Glock, model 48, 9mm pistol, bearing serial number BRUE375 |

COUNT FIVE

[18 U.S.C. § 922(o)(1)]

On or about November 8, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that defendant LOPEZ knew to be a machinegun, namely, a machinegun conversion device (also known as a "Glock switch," "trigger switch," or "auto switch") that was a part designed and intended solely and exclusively, and a combination of parts designed and intended, for use in converting a weapon into a machinegun.

## COUNT SIX

[18 U.S.C. § 922(o)(1)]

On or about January 26, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," knowingly possessed three machineguns, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), each of which defendant LOPEZ knew to be a machinegun, namely, three machinegun conversion devices (also known as a "Glock switches," "trigger switches," or "auto switches") that were each a part designed and intended solely and exclusively, and a combination of parts designed and intended, for use in converting a weapon into a machinegun.

COUNT SEVEN

[26 U.S.C. § 5861(d)]

On or about October 21, 2021, in Los Angeles County, within the Central District of California, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," knowingly possessed a firearm, namely, an AR-type, 5.56 x 45mm caliber rifle, bearing no serial number (commonly referred to a "ghost gun" or "privately made firearm"), with a barrel less than 16 inches in length, which defendant LOPEZ knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant LOPEZ in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

COUNT EIGHT

[26 U.S.C. § 5861(i)]

On or about October 21, 2021, in Los Angeles County, within the Central District of California, defendant NESTOR MATZUY LOPEZ JR., also known as "Huero," knowingly possessed a firearm, namely, an AR-type, 5.56 x 45mm caliber rifle, bearing no serial number (commonly referred to a "ghost gun" or "privately made firearm"), with a barrel less than 16 inches in length, which defendant LOPEZ knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which did not bear a serial number or other information required by Title 26, United States Code, Section 5842.

A TRUE BILL

          /S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

SARA B. MILSTEIN
Assistant United States Attorney
Violent and Organized Crime
Section

10