UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| Case No. | CR 22-00106 DSF | Date | February 24, 2025 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Estella Orozco | Miranda Algorri | Jeremiah M. Levine |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Nestor Matzuy Lopez, Jr. | √ | | √ | Nadine C. Hettle, DFPD | √ | √ | |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary  ☐ Contested

√   Refer to separate Judgment & Probation/Commitment Order.

√   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√   Defendant informed of right to appeal.

√   Bond exonerated on surrender.

___   Other: _____.